```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW LAX, on behalf of himself and all others similarly situated,

            Plaintiff,

- against -

TIME MOVING & STORAGE, INC., THE TIME RECORD STORAGE COMPANY, LLC, JOHN KEVIN GILGAN, and JAMES DOWSE,

            Defendants.

**ORDER**

14 Civ. 8781 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is hereby ORDERED that the above-entitled action is dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
       July 1, 2015

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge